WEBSTER REALTY COMPANY, Appellant, *v.* ANNIE M. GERATY, Respondent.

*Webster Realty Company* v. *Geraty,* 135 App. Div. 920, affirmed.
(Argued April 5, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel the specific performance of a contract to sell real property.

*M. Edward Kelley* and *Max Stern* for appellant.

*Harold Swain* for respondent.

Judgment affirmed, with costs, without prejudice to an action at law if plaintiff is so advised; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

MARGARET M. McCONNELL, Appellant, *v.* JOHN F. McCULLOUGH et al., Respondents.

*McConnell* v. *McCullough,* 125 App. Div. 930, affirmed.
(Argued April 5, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 13, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action of ejectment.

*Andrew F. Van Thun, Jr.,* and *Walter G. Rooney* for appellant.

*William F. Clare* and *Frederick A. Gill* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.